UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0256 |
| Dianne M. Parker | * | SECTION: "K" (2) |

\* \* \*

JUDGMENT

Defendant, Dianne M. Parker, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Dianne M. Parker according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Dianne M. Parker in the sum of $5,814.58, plus interest accruing on the principal amount at the rate of 8 percent per annum or the daily rate of $0.58 from December 17, 1999, to date of judgment, interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 17th day of April, 2000.

LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

BY: _____
DEPUTY CLERK

DATE OF ENTRY
APR 18 2000