```
                                        FILED
                                 U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                 2000 JUL 21  AM 11: 21

                                 LORETTA G. WHYTE
                                      CLERK
```


USA No. 2000Z00004

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0256 |
| v. | * | SECTION: "K" |
| DIANNE M. PARKER | * | |
| Defendant. | * | |

                                     \*      \*      \*

### MOTION TO EXAMINE JUDGMENT DEBTOR

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully represents:

I.

The United States of America is a judgment creditor of Dianne M. Parker, defendant, in the sum of $5,814.58, plus interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and costs of this proceeding. As of this date, the outstanding balance is $6,077.51.

```
DATE OF ENTRY
JUL 2 4 2000
```



II.

The United States of America desires to examine Dianne M. Parker pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq.*, Rule 69, Federal Rules of Civil Procedure, and Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining to her estate or property.

WHEREFORE, the United States of America moves that it be permitted to examine Dianne M. Parker, judgment debtor, at the time and place to be fixed by the court.

>Respectfully submitted,
>
>EDDIE J. JORDAN, JR.
>UNITED STATES ATTORNEY
>
>_____
>ENEID A. FRANCIS
>Assistant United States Attorney
>Bar Roll No. 5816
>Hale Boggs Federal Building
>501 Magazine Street, Second Floor
>New Orleans, Louisiana 70130
>Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0256 |
| v. | * | SECTION: "K" |
| DIANNE M. PARKER | * | |
| Defendant. | * | |

\* \* \*

O R D E R

IT IS ORDERED that **DIANNE M. PARKER** appear before Magistrate Judge Louis Moore, Jr., on the ___16th___ day of ___August___, 2000, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 501 Magazine Street to be examined as a judgment debtor.

FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

New Orleans, Louisiana, this ___24th___ day of ___July___, 2000.

_____
UNITED STATES MAGISTRATE JUDGE