


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 17 AM 11: 17

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**August 16, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0256** |
| **DIANNE M. PARKER** | * | **SECTION: "K"** |

### HEARING ON MOTIONS

APPEARANCE(S): Ms. Kandace Zelaya, Assistant United States Attorney for the Government

MOTION(S):

(1)   MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

### ORDERED

   Assistant United States Attorney Kandace Zelaya appeared before the court on the above captioned motion. However, the judgment debtor failed to appear. The record reveals that the judgment debtor, Dianne M. Parker, was personally served the motion and order to examine the judgment debtor by a deputy of the United States Marshals Service on July 26, 2000. Therein, the judgment debtor was ordered to appear on August 16, 2000, at 11:00 a.m. in Room 407 of the Hale Boggs Federal Building. The government, therefore, indicated that it will prepare and submit a motion for issuance of a writ of capias for the arrest of Dianne M. Parker for failure to appear at the scheduled judgment debtor examination.

                                                                _____
                                                                ALMA L. CHASEZ
                                                                United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
AUG 1 7 2000

___Fee_____
___Process___
_X_/Dktd___CA__
___CtRmDep___
Doc.No.___10___