

USAO No. 2000Z00004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CIVIL ACTION |
|---|---|---|
| v. | * | NO. 00-0256 |
| DIANNE M. PARKER | * | SECTION: "K" (2) |

                        *    *    *

## MOTION FOR ISSUANCE AND EXECUTION OF WRIT OF CAPIAS

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes plaintiff, the United States of America, and moves for issuance of a writ of capias directing the United States Marshal to take into custody the defendant, Dianne M. Parker, and to bring her before this Court to explain she failure to appear for a rule to show cause scheduled before the Court. As indicated by the attached declaration and a copy of the Marshal's service form, the defendant was personally served by the United States Marshal with a copy of the order scheduling the rule to show cause on August 16, 2000 at 11:00 a.m. Defendant failed to appear.

DATE OF ENTRY
AUG 2 4 2000

2. On July 21, 2000, the United States of America filed a Motion and Order to Examine Judgment Debtor. The defendant was ordered to appear at the Courtroom of the Magistrate on August 16, 2000 at 11:00 a.m.

3. Personal service was effected upon the defendant on July 26, 2000, by the United States Marshal.

4. The defendant did not appear in Court nor did she inform the Court or the movant of any reason why she could not comply with the Order requiring her to appear for judgment debtor examination on August 16, 2000 at 11:00 a.m.

I declare under penalty of perjury that the above is true and correct.

New Orleans, Louisiana, this 17th day of August 2000.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
ZNEID A. FRANCIS (5816)
Assistant United States Attorney
Chief, Civil Division
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

WHEREFORE, plaintiff, the United States of America, does respectfully pray that its motion be granted.

                                        Respectfully submitted,

                                        EDDIE J. JORDAN, JR.
                                        UNITED STATES ATTORNEY

                                        _____
                                        ENEID A. FRANCIS (5816)
                                        Assistant United States Attorney
                                        Chief, Civil Division
                                        Hale Boggs Federal Building
                                        501 Magazine Street, 2nd Floor
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 680-3060

**<u>NO CERTIFICATE OF SERVICE REQUIRED</u>**

USAO No. 2000Z00004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0256 |
| v. | * | SECTION: "K" (2) |
| DIANNE M. PARKER, | * | |
| Defendant | * | |

\* \* \*

O R D E R

After considering the motion, reasons in support thereof, and attached exhibits,

IT IS ORDERED that a writ of capias issue in this matter to be executed by the United States Marshal, Eastern District of Louisiana, to take into custody the defendant and to bring her before the Court to explain her failure to appear for the judgment debtor examination scheduled on August 16, 2000, at 11:00 a.m.

New Orleans, Louisiana, this 23rd day of August, 2000.

_____
UNITED STATES ~~MAGISTRATE~~ District JUDGE