


**MINUTE ENTRY**
**MOORE, M.J.**
**September 12, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0256** |
| **DIANNE M. PARKER** | * | **SECTION: "K"** |

### HEARING ON MOTIONS

APPEARANCE(S): Ms. Kathryn Becnel, Assistant United States Attorney for the Government
Dianne M. Parker, In Proper Person
MOTION(S):
(1)    MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The judgment debtor, Dianne M. Parker, was arrested and brought before this Court on September 12, 2000, at 2:00 p.m. based upon a capias which previously issued for her arrest due to her failure to appear in court. Defendant was advised of her rights. She decides to represent herself. The capias was satisfied and vacated.

The defendant agreed to submit to the judgment debtor examination. The judgment debtor was sworn before the court. Thereafter, Ms. Parker was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Alice Jefferson, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
SEP 1 4 2000